# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY WHALEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br><br>    Defendant. | Case No. 1:14-cv-01719-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed October 31, 2014, Plaintiff Billy Ray Whaley seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents. Plaintiff's attorney is directed to serve the Commissioner.

IT IS SO ORDERED.

   Dated:   **November 4, 2014**             **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE

1