Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
BILLY RAY WHALEY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| BILLY RAY WHALEY, | ) Case No.: 1:14-CV-01719-SMS |
|---|---|
| Plaintiff, | ) ORDER EXTENDING BRIEFING |
| v. | ) SCHEDULE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | ) |
| Defendant. | ) |

    Based upon the stipulation of the parties, and for cause shown,

    IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include July 20, 2015, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the November 6, 2014 Scheduling Order shall be extended accordingly.

    IT IS SO ORDERED.

DATED: 7/7/2015               /s/ SANDRA M. SNYDER
                                     UNITED STATES MAGISTRATE JUDGE