BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.A.Kenney@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| BILLY RAY WHALEY, | ) Case No.: 1:14-CV-01719-SMS |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR AN |
| | ) EXTENSION OF 30 DAYS FOR |
| vs. | ) DEFENDANT TO FILE HER OPPOSITION |
| | ) TO PLAINTIFF'S OPENING BRIEF |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file her Opposition to Plaintiff's Opening Brief.  The parties previously stipulated to a two-week extension for Plaintiff to file his Opening Brief.  This is Defendant's first request for extension.  The additional time is requested due to Defendant's counsel's exceptionally heavy workload at this time, including two employment law matters in active litigation, one pending before the pending Equal Employment Opportunity Commission, No. 540-2014-00176X, and one before the Merit Systems Protection Board, Docket No. CB-7521-14-0013-T-1.  In addition, Defendant's counsel has three other

district court briefings and a 9th Circuit briefing due in the next week.  The additional time requested is needed to adequately research the issues Plaintiff has presented.  The current due date is August 19, 2015.  The new due date will be September 18, 2015.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: August 12, 2015     */s/ *Monica Perales*
(*as authorized by email on Aug. 12, 2015)
MONICA PERALES
Law Offices of Lawrence D. Rohlfing
Attorney for Plaintiff

Dated: August 12, 2015     BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX,
Social Security Administration

By: */s/ Jennifer A. Kenney*
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

IT IS SO ORDERED.

Dated: **August 13, 2015**     **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE