BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ROYA MASSOUMI, CSBN 242697
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Roya.Massoumi@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| BILLY RAY WHALEY, ) | Case No.: 1:14-CV-01719-SMS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR AN |
| ) | EXTENSION OF 30 DAYS FOR |
| vs. ) | DEFENDANT TO FILE HER OPPOSITION |
| ) | TO PLAINTIFF'S OPENING BRIEF |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file her Opposition to Plaintiff's Opening Brief. The parties previously stipulated to a two-week extension for Plaintiff to file his Opening Brief. This is Defendant's second request for extension. The additional time is requested due to Defendant's counsel, recently re-assigned this case, has had an exceptionally heavy workload at this time, including the oversight of the privacy and disclosure practice area. Also, Defendant's counsel has pre-planned leave and will be out of the office beginning August 24, 2015 and returning September 10, 2015. The additional time requested is needed to

adequately research the issues Plaintiff has presented.  The current due date is September 18, 2015.  The new due date will be October 19, 2015.

  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

  Counsel apologizes to the Court for any inconvenience caused by this delay.

            Respectfully submitted,

Dated: <u>August 20, 2015</u>     <u>/s/ *Monica Perales</u>
            (*as authorized by email on August 20, 2015)
            MONICA PERALES
            Law Offices of Lawrence D. Rohlfing
            Attorney for Plaintiff

Dated: <u>August 20, 2015</u>     BENJAMIN B. WAGNER
            United States Attorney
            DEBORAH LEE STACHEL
            Acting Regional Chief Counsel, Region IX,
            Social Security Administration

        By: <u>/s/  Roya Massoumi</u>
            ROYA MASSOUMI
            Special Assistant U.S. Attorney
            Attorneys for Defendant

            **ORDER**

APPROVED.

IT IS SO ORDERED.

 Dated:  **August 21, 2015**     **/s/ Sandra M. Snyder**
              UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order to Extend 1:14-CV-01719-SMS  2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28