BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ROYA MASSOUMI, CSBN 242697
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8957
    Facsimile: (415) 744-0134
    E-Mail: Roya.Massoumi@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| BILLIE RAY WHALEY, ) | Case No.: 1:14-CV-01719-SMS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR AN |
| ) | EXTENSION OF 30 DAYS FOR |
| vs. ) | DEFENDANT TO FILE HER OPPOSITION |
| ) | TO PLAINTIFF'S OPENING BRIEF |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file her Opposition to Plaintiff's Opening Brief. The parties previously stipulated to a two-week extension for Plaintiff to file his Opening Brief. This is Defendant's third request for extension. The additional time is requested due to Defendant's counsel absence between September 1 and September 17, and October 8-12 due to bereavement of the death of an immediate family member. The additional time requested is needed to adequately research the issues Plaintiff has presented. The current due date is October 19, 2015. The new due date will be November 18, 2015.

Stip. & Prop. Order to Extend 1:14-CV-01719-SMS     1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel sincerely apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: October 16, 2015            /s/ *Monica Perales
                                   (*as authorized by email on October 15, 2015)
                                   MONICA PERALES
                                   Law Offices of Lawrence D. Rohlfing
                                   Attorney for Plaintiff

Dated: October 16, 2015            BENJAMIN B. WAGNER
                                   United States Attorney
                                   DEBORAH LEE STACHEL
                                   Acting Regional Chief Counsel, Region IX,
                                   Social Security Administration

                            By:    /s/ Roya Massoumi
                                   ROYA MASSOUMI
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant

**ORDER**

APPROVED.

IT IS SO ORDERED.

   Dated:   **October 20, 2015**              **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE